# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MICROAIRE SURGICAL INSTRUMENTS, LLC, | CASE NO. 3:09-cv-00078 |
| *Plaintiff,* | |
| v. | ORDER |
| ARTHREX, INC., | JUDGE NORMAN K. MOON |
| *Defendant.* | |

This matter is before the Court upon the Plaintiff MicroAire Surgical Instruments LLC's Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction (docket nos. 6, 7), Defendant Arthrex, Inc.'s Opposition to MicroAire Surgical Instruments LLC's Motion for Preliminary Injunction (docket no. 18), MicroAire's Reply Brief on Motion for Preliminary Injunction (docket no. 23), and Arthrex's Notice of Filing certain declarations in response thereto (docket no. 28).

After full consideration of the arguments set forth therein, and presented at oral argument in this matter, for the reasons set forth in the accompanying Memorandum Opinion, the Plaintiff's Motion for Preliminary Injunction will be and hereby is DENIED.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this __3rd__ day of June, 2010.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE